# EXHIBIT 3

Form **W-4**

Department of the Treasury
Internal Revenue Service

# Employee's Withholding Certificate

▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.
▶ Give Form W-4 to your employer.
▶ Your withholding is subject to review by the IRS.

OMB No. 1545-0074

**2022**

| **Step 1:** Enter Personal Information | **(a)** First name and middle initial  Eric | Last name  Missimer | **(b)** Social security number  REDACTED |
|---|---|---|---|
| | Address  237 West St | | ▶ **Does your name match the name on your social security card?** If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to *www.ssa.gov.* |
| | City or town, state, and ZIP code  Mansfield                     MA          02048 | | |

**(c)** REDAC ☐ **Single** or **Married filing separately**
REDAC ☐ **Married filing jointly** or **Qualifying widow(er)**
REDAC ☐ **Head of household** (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

---

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the estimator at *www.irs.gov/W4App*, and privacy.

---

| **Step 2:** Multiple Jobs or Spouse Works | Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs. |
|---|---|

Do **only one** of the following.

**(a)** Use the estimator at *www.irs.gov/W4App* for most accurate withholding for this step (and Steps 3–4); **or**

**(b)** Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; **or**

**(c)** If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld  .  ▶ ☐ REDACTED REDACTED REDACTED

**TIP:** To be accurate, submit a 2022 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

---

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

---

| **Step 3:** Claim Dependents | If your total income will be $200,000 or less ($400,000 or less if married filing jointly): | | |
|---|---|---|---|
| | Multiply the number of qualifying children under age 17 by $2,000 ▶ $ REDACTED | | |
| | Multiply the number of other dependents by $500  .  .  .  .  ▶ $ REDACTED | | |
| | Add the amounts above and enter the total here  .  .  .  .  .  .  .  .  .  .  .  . | **3** | $ REDACTED |

| **Step 4 (optional):** Other Adjustments | **(a) Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income  .  .  .  .  .  .  .  . | **4(a)** | $ REDACTED REDACTED |
|---|---|---|---|
| | **(b) Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **4(b)** | $ REDACTED REDACTED |
| | **(c) Extra withholding.** Enter any additional tax you want withheld each **pay period**  .  . | **4(c)** | $ REDACTED |

---

| **Step 5:** Sign Here | Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete. |
|---|---|

*Eric Missimer*

▶ **Employee's signature** (This form is not valid unless you sign it.)

▶ 11/03/2021
**Date**

---

| **Employers Only** | Employer's name and address  Dark Circuit Labs, Inc.  1900 Reston Metro Plz          Reston VA 20190-5952 | First date of employment  11/12/2021 | Employer identification number (EIN)  REDACTED |
|---|---|---|---|

**For Privacy Act and Paperwork Reduction Act Notice, see page 3.**          Cat. No. 10220Q          Form **W-4** (2022)