# EXHIBIT 4

Dark Circuit Labs, Inc.
1900 Reston Metro Plz
Reston VA 20190-5952

Pay Stub Detail
PAY DATE: 12/30/2022
NET PAY: REDACTED

*Eric Missimer
237 West St
Mansfield MA 02048

---

**EMPLOYER**
Dark Circuit Labs, Inc.
1900 Reston Metro Plz
Reston VA 20190-5952

**PAY PERIOD**
Period Beginning            12/10/2022
Period Ending:              12/23/2022
Pay Date:                   12/30/2022

**EMPLOYEE**
*Eric Missimer
237 West St
Mansfield MA 02048

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| 401k Guideline Traditional 401(k) | | REDACTED |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | REDACTED | | |

**NET PAY:**                                    REDACTED
Acct#....REDACTED:                              REDACTED

**MEMO:**

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | REDACTED | |
| Paid time off | - | - | | |
| Holiday Pay | - | - | REDACTED | |
| Bonus | - | - | | |
| Reimbursement | - | - | | |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Roth 401k | | |
| Guideline Roth 401(k) | REDACTED | |
| Guideline Traditional 401(k) | | |
| Accident Insurance Coverage | REDACTED | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | REDACTED | |
| Social Security | | |
| Medicare | REDACTED | |
| VA Income Tax | | |
| MA Income Tax | | |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | | |
| Taxes | REDACTED | |
| Deductions | | |
| **Net Pay** | REDACTED | |