# EXHIBIT 3

| Form **W-4** | **Employee's Withholding Certificate** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.<br>▶ Give Form W-4 to your employer.<br>▶ Your withholding is subject to review by the IRS. | 20**22** |

**Step 1: Enter Personal Information**

(a) First name and middle initial: Eric    Last name: Missimer

(b) Social security number: REDACTED

Address: 237 West St

City or town, state, and ZIP code: Mansfield    MA    02048

▶ Does your name match the name on your social security card? If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to *www.ssa.gov*.

(c) REDAC ☐ **Single** or **Married filing separately**
    REDAC ☐ **Married filing jointly** or **Qualifying widow(er)**
    REDAC ☐ **Head of household** (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the estimator at *www.irs.gov/W4App*, and privacy.

**Step 2: Multiple Jobs or Spouse Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

(a) Use the estimator at *www.irs.gov/W4App* for most accurate withholding for this step (and Steps 3–4); **or**

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; **or**

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . . ▶ ☐ REDACTED REDACTED REDACTED REDACTED

**TIP:** To be accurate, submit a 2022 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3: Claim Dependents**

If your total income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 ▶ $ REDACTED

Multiply the number of other dependents by $500 . . . . ▶ $ REDACTED

Add the amounts above and enter the total here . . . . . . . . . . . . . . . . 3 $ REDACTED

**Step 4 (optional): Other Adjustments**

(a) **Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . . 4(a) $ REDACTED REDACTED

(b) **Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . . . . . . 4(b) $ REDACTED REDACTED

(c) **Extra withholding.** Enter any additional tax you want withheld each **pay period** . . 4(c) $ REDACTED

**Step 5: Sign Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

▶ *Eric Missimer*    Date: 11/03/2021

Employee's signature (This form is not valid unless you sign it.)

**Employers Only**

Employer's name and address: Dark Circuit Labs, Inc.
1900 Reston Metro Plz    Reston VA 20190-5952

First date of employment: 11/12/2021

Employer identification number (EIN): REDACTED

For Privacy Act and Paperwork Reduction Act Notice, see page 3.    Cat. No. 10220Q    Form **W-4** (2022)