# EXHIBIT 4

Dark Circuit Labs, Inc.
1900 Reston Metro Plz
Reston VA 20190-5952

Pay Stub Detail
PAY DATE: 12/30/2022
NET PAY: REDACTED

*Eric Missimer
237 West St
Mansfield MA 02048

---

**EMPLOYER**
Dark Circuit Labs, Inc.
1900 Reston Metro Plz
Reston VA 20190-5952

**EMPLOYEE**
*Eric Missimer
237 West St
Mansfield MA 02048

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 12/10/2022 |
| Period Ending: | 12/23/2022 |
| Pay Date: | 12/30/2022 |

**OTHER PAY/CONTRIBUTIONS** — Current — Year To Date
401k
Guideline Traditional 401(k)    REDACTED

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | REDACTED | | |

NET PAY: REDACTED
Acct#....REDACTED: REDACTED

MEMO:

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | REDACTED | |
| Paid time off | - | - | | |
| Holiday Pay | - | - | REDACTED | |
| Bonus | - | - | | |
| Reimbursement | - | - | | |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Roth 401k | REDACTED | |
| Guideline Roth 401(k) | | |
| Guideline Traditional 401(k) | REDACTED | |
| Accident Insurance Coverage | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | REDACTED | |
| Social Security | | |
| Medicare | REDACTED | |
| VA Income Tax | | |
| MA Income Tax | | |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | | |
| Taxes | REDACTED | |
| Deductions | | |
| **Net Pay** | REDACTED | |