**V I R G I N I A:**

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

| | |
|---|---|
| **ERIC MISSIMER,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No.   2023-5543 |
| **DARK CIRCUIT LABS, INC.,** | ) ) ) |
| **Defendant.** | ) ) ) |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant Dark Circuit Labs, Inc. has removed this case to the United States District Court for the Eastern District of Virginia, Alexandria Division, having filed a Notice of and Petition for Removal (annexed hereto as Exhibit "A") in said District Court on the 11th day of April 2023.

Division.

Dated: April 11, 2023

Respectfully submitted,

_____
Steven J. Weber, VSB No. 35573
Gregory R. Begg, *Pro Hac Vice* (pending)
Lauren Rayner Davis, *Pro Hac Vice* (pending)
Peckar & Abramson, P.C.
2055 L Street, NW, Suite 750
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994
SWeber@pecklaw.com
GBegg@pecklaw.com
LDavis@pecklaw.com
*Attorneys for Defendant Dark Circuit Labs, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on this date, I electronically filed the foregoing Notice of Removal, and its Exhibit thereto, with the Clerk of the Court via the Court's electronic filing system and served a copy of Notice of Removal via electronic mail and Federal Express upon counsel for Plaintiff as follows:

> Broderick C. Dunn, Esq.
> **COOK CRAIG & FRANCUZENKO, PLLC**
> 3050 Chain Bridge Road, Suite 200
> Fairfax, VA 22030
> (703) 865-7480
> bdunn@cookcraig.com
> *Attorneys for Plaintiff Eric Missimer*

Dated: April 11, 2023

                                                  Steven J. Weber VSB No. 35573