PECKAR & ABRAMSON, P.C.
Steven J. Weber, VSB No. 35573
Gregory R. Begg, *Pro Hac Vice* (pending)
Lauren Rayner Davis, *Pro Hac Vice* (pending)
2055 L Street, NW, Suite 750
Washington, DC  20036
Telephone:  (202) 293-8815
Email(s):     SWeber@pecklaw.com
                   GBegg@pecklaw.com
                   LDavis@pecklaw.com
*Attorneys for Plaintiff, Dark Circuit Labs, Inc.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ERIC MISSIMER,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>**DARK CIRCUIT LABS, INC**,<br><br>　　　　　　　　　Defendant. | Case No.:  1:23-cv-00476-LMB-LRV |

## CIVIL RULE 7.1 STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Dark Circuit Labs, Inc. in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 18, 2023　　　　　　　　　　**PECKAR & ABRAMSON, P.C.**
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Dark Circuit Labs, Inc.*

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STEVEN J. WEBER, VSB No. 35573

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, a true and correct copy of the foregoing Civil Rule 7.1 Statement was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Broderick C. Dunn, Esq.
COOK CRAIG & FRANCUZENKO, PLLC
3050 Chain Bridge Road
Suite 200
Fairfax, VA 22030
bdunn@cookcraig.com
*Attorneys for Plaintiff Eric Missimer*

Dated: April 18, 2023

Steven J. Weber, VSB No. 35573

LAW OFFICES
Peckar & Abramson
A Professional Corporation